**E-FILED on** 12/1/11

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT J. DAVIDSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JP MORGAN CHASE N.A., WELLS FARGO BANK, NA AS TRUSTEE OF WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-PR4, RANDALL D. NAIMAN, NAIMAN LAW GROUP, PROFESSIONAL CORPORATION,<br><br>　　　　Defendants. | No. CV 11-03566 RMW<br><br><br>JUDGMENT |

　　　On November 23, 2011, the court dismissed this action with prejudice. Therefore, it is hereby adjudged that plaintiff takes nothing by way of his complaint and that judgment be entered in favor of all defendants.

DATED:　　　December 1, 2011

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT—No. CV 11-03566 RMW